UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>v.<br><br>Darrell Ronk,<br>　　　　Defendant. | Case No. 2:11-cr-00163-KJD -GWF<br><br>**Order Granting**<br>**Motion to Strike** |

Based upon the defendant's Motion to Receive Discovery (Docket No. 51) and the United States' Motion to Strike, and good cause appearing, defendant's Motion (Docket No. 51) is hereby stricken.

IT IS SO ORDERED.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: June 11, 2012